IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: _____

MARIA ROBAYNA,

    *Plaintiffs*,

v.

AMERICAN AIRLINES, INC.,

    *Defendant*.

_____/

## COMPLAINT

1. This is an action for damages for personal injuries suffered by Plaintiff Maria Robayna on June 19, 2016 during American Airlines Flight 1086 from Boston, Massachusetts to Miami, Florida.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over Plaintiff's claim based on 28 U.S.C. § 1332 based on the diversity of the parties, as set forth below, and because the claim asserted herein is in excess of seventy-five thousand ($75,000.00) dollars exclusive of costs, interest and attorney's fees.

3. Venue is appropriate in the United States and in this District because Plaintiff resides in the Southern District of Florida and Defendant American Airlines may be found in and provides carrier services to and from this District.

## PARTIES

4. At all times material, Plaintiff Maria Robayna was and is a resident of the State of Florida with a principal residence in Miami, Florida and was over the age of eighteen years.

5. At all times material, Defendant American Airlines, Inc. ("American") was and is a Delaware corporation with its principal place of business in Ft. Worth, Texas. At all material times, CT Corporation System, 1200 South Pine Island Road. Plantation FL, 33324 was and is the registered agent for American and is authorized to accept service of process on behalf of American pursuant to Florida Statute section 48.091, Florida Statutes.

## ALLEGATIONS

6. On June 19, 2016, Maria Robayna was returning to Miami, Florida from Boston, Massachusetts on board American Flight 1086 (the "subject flight").

7. Approximately 30 minutes into the subject flight, a loud "boom" was heard inside the cabin. Moments later, another loud boom shook the flight again.

8. As the plane began to shake and rattle, passengers on the left side of the aircraft saw flames shooting out of the left engine.

9. The cabin began to fill with acrid black smoke and toxic fumes and the captain reported over the PA system that engine oil was causing the left engine to burn before the passengers' very eyes.

10. As the cabin continued to fill with smoke and fumes, panic and terror set in.

11. Passengers became hysterical, flight attendants sobbed over the PA system and instructed the passengers to assume the brace position to prepare for a crash landing.

12. Though the interior of the cabin filled up with smoke and fumes from the burning engine, engine oil, and aircraft components, oxygen masks failed to deploy.

13. Passengers gasped and choked on noxious fumes as they experienced what all believed were to be their final moments on earth.

14. The subject flight was diverted for an emergency landing at John F. Kennedy International Airport at approximately 6:40 p.m.

15. A replacement aircraft subsequently transported the passengers, including Maria Robayna, to Miami International Airport in the early morning hours of June 20, 2016.

## COUNT I
## NEGLIGENCE

16. Plaintiff Maria Robayna realleges the allegations set forth in paragraphs 1-15 above.

17. During the the subject flight, American was under a duty of care to assure the health and safety of the passengers, including Maria Robayna.

18. Among the duties of care to which American was subject was to properly maintain the condition of the engines and other equipment on the subject aircraft so as not to endanger the health and safety of the passengers.

19. American breached its duty of care during the subject flight by failing to maintain the engines.

20. American breached its duty of care during the subject flight by failing to maintain and/or failing to cause to deploy the oxygen masks during the subject flight.

21. As a direct and proximate cause of the breaches set forth above, Plaintiff Maria Robayna was exposed to and forced to breathe acrid toxic smoke inside the cabin during the subject flight and suffered personal injuries.

22. As a direct and proximate result of the breaches of American, Plaintiff Maria Robayna suffered damages.

WHEREFORE, Plaintiff demands judgment in excess of the jurisdictional limits of this Court against American for compensatory damages, all prejudgment and post-judgment interest available under applicable law, together such other relief as this Court deems appropriate.

## DEMAND FOR JURY TRIAL

23. Plaintiff demands a jury trial on all issues of right.

DATED this 21st day of March, 2018.    Respectfully submitted,

**MONTOYA LAW, P.A.**
Dadeland Centre I
9155 South Dadeland Blvd., Suite 1200
Miami, FL 33156
T: (305) 445-9292
F: (305) 445-9249

By: /s/ Edward Montoya
    Edward Montoya
    Florida Bar. No. 972649
    emontoya@montoyalawfirm.com
    Alexander Rundlet
    Florida Bar No. 692301
    arundlet@montoyalawfirm.com